JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NICHOLAS RUEDA,

Plaintiff,

vs.

RITMO LATINO CORPORATION, et al.; and DOES 1 through 10, Inclusive,

Defendants.

Case No.: 2:20-cv-11145-MWF-KS

*Assigned to U.S. District Judge*
*Hon. Michael W. Fitzgerald*

**ORDER RE: DISMISSAL**

**[Federal Rules of Civil Procedure, Rule 41(a)(1)(ii)]**

IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 41(a), that the above captioned action be and hereby is dismissed, in its entirety, ***with prejudice***, each party to bear its own respective costs and attorneys' fees.

Dated:  July 22, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge